FRANCES GLEBOCKI, as Administratrix of the Estate of JOSEPH GLEBOCKI, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27793.) — Appeal from a judgment of the Court of Claims dismissing a claim against the State for the alleged wrongful death of claimant's intestate. The body of the intestate was found during the early morning hours of February 14, 1944, on a bridge maintained by the State which spans the Mohawk River from the city of Cohoes to Waterford. There is strong proof to the effect that the intestate was struck by a motorist who was negligently driving a car that was without adequate lights and in a generally defective condition. The court below found that no act or omission on the part of the State in the construction and maintenance of the bridge contributed to the happening of the accident. Judgment affirmed, without costs. Hill, P. J., Heffernan, Foster and Russell, JJ., concur; Brewster, J., taking no part.

LUCILLE E. NEDDO, as Executrix of FRANCIS J. NEDDO, Deceased, Respondent, v. COUNTY OF SARATOGA et al., Appellants.— Motion for leave to appeal to the Court of Appeals and for the certification of questions of law. Motion denied, with $10 costs. Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ., concur. [See 272 App. Div. 1098.]

JOHN H. BLACKBURN, Respondent, v. ANDREW V. CLEMENTS et al., Constituting the Board of Education of Union Free School District No. 1, Town of Coeymans, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals, which questions are hereby certified as follows: (1) Is a school district a municipal corporation within the meaning of section 51 of the General Municipal Law? (2) May a taxpayer's action under section 51 of the General Municipal Law be maintained against the officials of a school district? Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ., concur. [See 272 App. Div. 1098.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHESTER W. CARR, Appellant.— Appeal from an order of Saratoga County Court denying appellant's motion for a writ of coram nobis. Order affirmed, without costs. Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ., concur. [See post, p. 929.]